**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Global Traffic Technologies   v.   Emtrac Systems, Inc.

No. 14-1566

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☑ As counsel for:   Global Traffic Technologies
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant      ☐ Respondent or appellee

My address and telephone are:

- Name: Chad Drown
- Law firm: Faegre Baker Daniels LLP
- Address: 2200 Wells Fargo Center, 90 South Seventh Street
- City, State and ZIP: Minneapolis, MN 55402-3901
- Telephone: (612) 766-7000
- Fax #: (612) 766-1600
- E-mail address: chad.drown@faegrebd.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/06/2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 07/10/2014 | s/ Chad Drown |
|---|---|
| Date | Signature of pro se or counsel |

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

No. 14-1566

GLOBAL TRAFFIC TECHNOLOGIES,

v.

EMTRAC SYSTEMS, INC.,

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA IN 10-CV-4110-ADM-JJG
HON. ANN D. MONTGOMERY, Presiding

## PROOF OF SERVICE

The undersigned hereby certifies that on the 10 day of July, 2014, I filed a copy of the following document with the Clerk of Court via this Court's CM/ECF Electronic Filing:

Entry of Appearance of Chad Drown

That a copy was served electronically upon the below-listed appellants' counsel of record via this Court's CM/ECF Electronic Filing System:

Jana Yocum
Jana Yocum P.C.
320 S. 11th, Suite 1
Mount Vernon, IL 62864
(618) 731-1944
jana.yocum@gmail.com

*Counsel for Appellants KM Enterprises, Inc. and Rodney K. Morgan.*

And that a copy was served upon the below listed appellant's counsel via this Court's CM/ECF Electronic Filing System, and by electronic mail and U.S. First Class Mail:

Louis W. Tompros
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6886
(617) 526-5000 (facsimile)
louis.tompros@wilmerhale.com

Frank B. Janoski
Lewis, Rice & Fingersh, L.C.
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
(314) 444-1307
(314) 612-1307 (facsimile)
fjanoski@lewisrice.com

*Counsel for Appellant STC, Inc.*

                                                */s/ Chad Drown*
                                                Chad Drown